*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRK MAYER | CASE NO. CV 12-449-GW(FFMX) |
|---|---|
| PLAINTIFF, | **ORDER TO DISMISS ENTIRE CASE, WITHOUT PREJUDICE** |
| VS. | |
| HERFF JONES; | |
| DEFENDANT. | |

1
[PROPOSED] ORDER TO DISMISS ENTIRE CASE, WITHOUT PREJUDICE

The Court has reviewed the Parties' Stipulation to Dismiss Entire Case, Without Prejudice, and finds good cause to grant the requested relief.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

The entire case is dismissed, without prejudice. Defendant preserves any and all defenses it is or has been entitled to.

Dated: March 15, 2012

_____
The Honorable George H. Wu
Judge of the United States District Court
Central District of California

[PROPOSED] ORDER TO DISMISS ENTIRE CASE, WITHOUT PREJUDICE