*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MAYER<br><br>PLAINTIFF,<br><br>VS.<br><br>HERFF JONES;<br><br>DEFENDANT. | CASE NO. CV 12-449-GW(FFMX)<br><br>**ORDER TO DISMISS ENTIRE CASE, WITHOUT PREJUDICE** |

1
[PROPOSED] ORDER TO DISMISS ENTIRE CASE, WITHOUT PREJUDICE

1  The Court has reviewed the Parties' Stipulation to Dismiss Entire Case, Without
2  Prejudice, and finds good cause to grant the requested relief.
3  **THEREFORE, IT IS HEREBY ORDERED THAT:**
4
5  The entire case is dismissed, without prejudice.  Defendant preserves any and all
   defenses it is or has been entitled to.
6
7
8
   Dated:  March 15, 2012   _____
9                           The Honorable George H. Wu
                            Judge of the United States District Court
10                          Central District of California
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28